UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN EAGLE OUTFITTERS, INC., AND RETAIL ROYALTY COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>PAYLESS SHOESOURCE, INC.<br><br>Defendant. | Case No. 07-CV-1675 (ERK)(VVP)<br><br>**STIPULATION AND ORDER SUSPENDING ACTION** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their respective attorneys, that:

1. All further discovery and all other proceedings in this action shall be suspended to and including May 3, 2010, by which time the Parties will either file a stipulation of dismissal of the action or advise the Court whether the suspension should be lifted and proceedings resumed.

2. The status conference currently scheduled for March 19, 2010 in this matter shall be adjourned until on or after May 5, 2010.

3. Should proceedings resume, the parties agree to negotiate a proposed extension of the dates set forth in the Court's scheduling order dated January 26, 2010, with each such date extended thirty (30) days more than the total number of days the action was suspended pursuant to this Stipulation and Order and the Stipulation and Order entered by the Court on February 11, 2010.

Dated: March 15, 2010

| KILPATRICK STOCKTON LLP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
|---|---|
| By: /s/ Lisa Pearson<br>Lisa Pearson<br>31 West 52nd Street<br>New York, New York 10019<br>(212) 775-8700<br>*Attorneys for American Eagle Outfitters, Inc. and Retail Royalty Company* | By: /s/ Darren W. Johnson<br>Darren W. Johnson<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212) 373-3000<br>*Attorneys for Payless ShoeSource, Inc.* |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3/23/10

s/Edward R. Korman, Sr. USDJ